697 A.2d 542

GERALDINE GREENE, ETC. v. MEMORIAL HOSPITAL OF
BURLINGTON COUNTY, ET AL. AND SOUTH JERSEY
EMERGENCY PHYSICIANS, P.A., ETC., ET AL.

July 15, 1997.

ORDERED that the petition for certification is granted, and the
matter is remanded to the Appellate Division for reconsideration
in the light of *Gardner v. Pawliw,* 150 *N.J.* 359, 696 *A.*2d 599
(1997); and it is further

ORDERED that jurisdiction over plaintiff's appeal as of right is retained.